PEOPLE v. MERRIWEATHER. Appeal from Wayne, George T. Martin, J. Submitted Division 1 October 26, 1971, at Grand Rapids. (Docket No. 10744.) Decided November 30, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow*, State Appellate Defender, and *Jane Burgess*, Assistant Defender, for defendant on appeal.

Before: R. B. BURNS, P. J., and HOLBROOK and T. M. BURNS, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to manslaughter and he appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record, it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.

PEOPLE v. McNATT. Appeal from Recorder's Court of Detroit, Henry L. Heading, J. Submitted Division 1 November 2, 1971, at Lansing. (Docket No. 11037.) Decided November 30, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Michael R. Mueller*, Assistant Prosecuting Attorney, for the people.

*Charles Burke*, for defendant on appeal.

Before: BRONSON, P. J., and QUINN and DANHOF, JJ.

MEMORANDUM OPINION. Defendant was convicted and sentenced for the crime of felonious assault and appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.